# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CAMERON PATTERSON,

                Petitioner

    v.                            **Civil Action No.** 1:17-CV-373
                                                      arising out of 1:13-CR-65

UNITED STATES OF AMERICA,

                Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff _____
recover from the defendant _____ the amount of
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____.

_X_ Other: The Court DENIES the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set
            Aside, or Correct Sentence by a Person in Federal Custody and supplemental Motion to
            Vacate. The Court also DECLINES to issue a Certificate of Appealability.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Chief Judge Theresa L. Springmann on a Motion to Vacate, Set Aside, or Correct
Sentence.

DATE:   May 10, 2018                     ROBERT N. TRGOVICH, CLERK OF COURT

                                                    By:  s/ L. Higgins-Conrad
                                                         *Signature of Deputy Clerk*